IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      CASE NO. 4:17CR00193-01 BSM

MARK GILLESPIE                                              DEFENDANT

## ORDER

The government's motion to dismiss the indictment against Mark Gillespie [Doc. No. 23] is granted and the indictment [Doc. No. 13] is dismissed without prejudice. *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 13th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE